UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff

    - against -                             **ORDER ADOPTING REPORT**
                                          **AND RECOMMENDATION**

BRUCE BROWN and CAFFE CAFE, INC.,          18-CV-2489 (RJD) (ST)

    Defendants.
-------------------------------------------------------- x

DEARIE, District Judge

    After consideration of Plaintiff's objections to Magistrate Judge Tiscione's Report and Recommendation of January 10, 2019, the Court adopts the Recommendation in its entirety. The claims against Brown are dismissed without prejudice. The clerk is directed to enter judgment in accordance with the recommendation of Magistrate Judge Tiscione.

SO ORDERED.

Dated: Brooklyn, New York
       February 12, 2019

                                                      s/Raymond J. Dearie
                                                      RAYMOND J. DEARIE
                                                      United States District Judge